DECISIONS PER CURIAM, FROM APRIL 20, 1920, TO AND INCLUDING JUNE 7, 1920, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

·No. 493. CITY TRUST COMPANY *v.* BANKERS MORTGAGE LOAN COMPANY. Error to the Supreme Court of the State of Nebraska. Motion to dismiss submitted April 19, 1920. Decided April 26, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Sylvester R. Rush* for plaintiff in error. *Mr. Frank H. Gaines* and *Mr. C. J. Baird* for defendant in error.

No. —, Original. *Ex parte:* IN THE MATTER OF JAMES J. O'BRIEN, PETITIONER. Submitted April 19, 1920. Decided April 26, 1920. Motion for leave to file petition for writ of mandamus or prohibition denied. ·*Mr. James J. O'Brien* pro se.

·No. 231. EDWARD A. SHEDD ET AL. *v.* GUARDIAN TRUST COMPANY ET AL. Appeal from the District Court of the United States for the Western District of Missouri. Argued April 28, 1920. Decided May 17, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218; *Sugarman* v. *United States*, 249 U. S. 182, 184. *Mr. J. C. Rosenberger*, with whom *Mr. O. H. Dean* was on the brief, for appellants. *Mr. Charles*